**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | **NO. 1: 92-CR-1 (WLS)** |
| **JOHN WILLIE HICKS**, | |
| Supervised Releasee | **RE: VIOLATION OF SUPERVISED RELEASE** |

## O R D E R

JOHN WILLIE HICKS, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a Preliminary Hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure and a Detention Hearing, represented by Ms. Catherine Leek of the Federal Defenders Office. The government was represented by Assistant U. S. Attorney Verda Colvin.

Upon consideration of the issue of probable cause, the undersigned finds that the requirements of law have been satisfied by the return of a true bill of indictment in the Eastern District of Virginia in Case No. 3:04CR00343-003 and the entry of a judgment in that proceeding on April 6, 2005, sentencing defendant Hicks to a period of imprisonment after he pled guilty to the offense of CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCES, COCAINE AND COCAINE BASE, in violation of 21 U.S.C. §846.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the PETITION FOR ACTION ON SUPERVISED RELEASE herein that the **SUPERVISED RELEASEE** violated mandatory conditions of supervision by committing the aforesaid offense. Said offense is strikingly similar to the offense for which defendant Hicks was sentenced in this court on July 9, 1993 and for which he was sentenced to serve 101 months in custody.

Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal pending completion of a **FINAL REVOCATION HEARING**.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said **SUPERVISED RELEASEE** shall appear before the district judge to whom this case is assigned for a FINAL HEARING as directed by that judge.  The Clerk of Court is directed to forward this order and the within file to the appropriate district judge for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 1st day of FEBRUARY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE